IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH HARRIS, et al. | : |
| Plaintiffs | : |
| v. | : Civil Case No. RWT 14-606 |
| HOUSEHOLD FINANCE CORPORATION, HSBC CONSUMER LENDING MORTGAGE SERVICES | : |
| | : |
| Defendant | : |

**MEMORANDUM OPINION AND ORDER**

On August 18, 2014, the Plaintiffs filed a Motion to Enlarge Time to File an Appeal, ECF No. 30, to which Defendant filed a response in opposition. ECF No. 31. The Court notes that the motion was filed on the final day to request an extension of time, and that the Plaintiffs allege only that they "are seeking legal assistance concerning this matter, but due to recent diagnosis of cancer, and the time limitations, Plaintiffs have not had opportunity to adequately consult with an attorney." ECF No. 30. Although the basis for the Plaintiffs' motion may not constitute excusable neglect or good cause, this Court is mindful of the Plaintiffs' pro se status. Accordingly, it is this 2nd day of September, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that the Plaintiffs' Motion to Enlarge Time to File Appeal (ECF No. 30) is **GRANTED**; and it is further

**ORDERED**, that the Plaintiffs are granted an additional **fourteen (14)** days from the date of this Order to file any appeal.

/s/
Roger W. Titus
United States District Judge